UNITED STATES DISTRICT COURT
                            DISTRICT OF MINNESOTA

Tor Bernard White,                              Civil No. 10-3393 (RHK/XXX)

                Plaintiff,                      **ORDER**

vs.

Guaranty Bank, Jasmine NLN, Teller,

                Defendants.


This matter is venued in the Sixth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the Court.

Dated: August 10, 2010

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge