# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

Tor Bernard White,                                              Civil No. 10-3393 (RHK/LIB)

            Plaintiff,                                      **ORDER**

vs.

Guaranty Bank and Jasamine NLN,
Bank Teller,

            Defendant.

_____

      Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and no Objections having been filed with respect thereto, **IT IS ORDERED**:

      1.  The Report and Recommendation (Doc. No. 9) is **ADOPTED**;

      2.  Plaintiff's Application to Proceed Without Prepayment of Fees (Doc. Nos. 2 and 8) is **DENIED**; and

      3. This action is **DISMISSED WITHOUT PREJUDICE**.


Dated: December 15, 2010

                                                      s/Richard H. Kyle
                                                      RICHARD H. KYLE
                                                      United States District Judge